```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.            CASE NO. 13-50097-003

DAVNA HOEPFNER                                              DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On October 31, 2013, the Court entered an ordering directing that the Defendant undergo a psychological examination to determine whether the Defendant was able to understand the nature and consequences of the proceedings against her or to assist properly in her defense.  On January 27, 2014, a psychological evaluation report was filed with the Court, in which, Dr. Lisa B. Feldman, a licensed psychologist with the Federal Detention Center in Miami, Florida, opined that the Defendant was competent to stand trial.  (Doc. 79 at pg. 12.)

By electronic mail dated February 6, 2014, defense counsel advised the Court that he does not wish to request a hearing to contest the finding of competency.  Based upon Dr. Feldman's uncontested evaluation, the undersigned finds that the Defendant is competent to proceed in this matter, as she appears to have sufficient ability to consult with her lawyer with a reasonable degree of understanding and to possess a rational as well as factual understanding of the proceedings against her.  See Dusky v. United States, 362 U.S. 402, 402 (1960); United States v. Ghane, 490 F.3d 1036, 1040-41 (8th Cir. 2007).

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 7th day of February, 2014.

/s/ *Erin L. Setser*
    HON. ERIN L. SETSER
    UNITED STATES MAGISTRATE JUDGE